UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD, JR.,<br>Plaintiff,<br>v.<br>UNKNOWN,<br>Defendant. | Case No. 1:26-cv-06666-KES-HBK<br><br>ORDER TRANSFERRING CASE TO SACRAMENTO DIVISION AND CLOSING CASE IN THE FRESNO DIVISION |

Plaintiff William J. Gradford, Jr. initiated this action pro se by filing a civil complaint on August 21, 2026. (*See* Doc. 1). Plaintiff did not accompany his complaint with the requisite $405 filing fee or an application to proceed *in forma pauperis*.

Plaintiff's complaint cites two previous civil rights actions relating to events in Stanislaus County, and appears to allege civil rights violations arising from his arrest in Modesto, California (a city in Stanislaus County); his 2016 conviction in Stanislaus County Superior Court; the conditions of his confinement in the Stanislaus County Public Safety Center; and medical treatment he received in Modesto, California.[1] Thus, Plaintiff should have filed his complaint in the Sacramento Division of this Court. *See* Local Rule 120(d); 28 U.S.C. § 1391(b); *see also* *Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court

[1] The Court notes that it is unclear from Plaintiff's complaint what relief he seeks in this action or who, if anyone, he intended to name as Defendant.

jurisdiction and venue in a § 1983 action).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the correct court. The Court finds it in the interests of justice to transfer this case to the Sacramento Division under 28 U.S.C. § 1406(a) and Local Rule 120(f).

Accordingly, IT IS ORDERED:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of this Court, and close the case in this Division after transfer.

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

Dated: September 15, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE